UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| PAMELA REILLY, as personal representative of the Estate of Rosemarie Reilly, | Case No. 1:18-cv-1149<br>Honorable Janet T. Neff<br>Magistrate Ellen S. Carmody |
| Plaintiff, | |
| v. | **OTTAWA COUNTY DEFENDANTS, INCLUDING THE COUNTY, DEPUTY TUBERGEN, and SERGEANTS DILL AND LUCE'S ANSWER TO COMPLAINT, AFFIRMATIVE DEFENSES, AND JURDY DEMAND** |
| OTTAWA COUNTY, a municipal corporation; DEPUTY BRANDON TUBERGEN, in his individual capacity; SERGEANT CHRIS DILL, in his individual capacity; POLICE OFFICER COLLIN WALLCE, in his individual capacity; SERGEANT DENNIS LUCE, in his individual capacity; CAPTAIN BRANDON DEHAAN, in his individual capacity; and SEAN KELLEY, in his individual capacity | |
| Defendants. | |

---

| | |
|---|---|
| James B. Rasor (P43476) | Douglas W. Van Essen (P33169) |
| Andrew J. Laurila (P78880) | Lee T. Silver (P36905) |
| RASOR LAW FIRM, PLLC | Michael L. Gutierrez (P79440) |
| Attorneys for Plaintiff | SILVER & VAN ESSEN, P.C. |
| 201 East 4th Street | Attorneys for Defendants Ottawa County, |
| Royal Oak, MI 48067 | Tubrgen, Dill, and Luce |
| (248) 543-9000 | 300 Ottawa Avenue, NW, Suite 620 |
| jbr@rasorlawfirm.com | Grand Rapids, MI 49503 |
| ajl@rasorlawfirm.com | (616) 988-5600 |
| | dwv@silvervanessen.com |
| | ltsilver@silvervanessen.com |
| | mgutierrez@silvervanessen.com |

---

Defendants OTTAWA COUNTY, OTTAWA COUNTY SHERIFF'S DEPUTY

BRANDON TUBERGEN, OTTAWA COUNTY SHERIFF'S SERGEANT CHRIS DILL, and

OTTAWA COUNTY SHERIFF'S SERGEANT DENNIS LUCE ("Ottawa County Defendants"),

by and through their attorneys aforesaid, answer the Complaint and Jury Demand against the Ottawa County Defendants and assert the following affirmative defenses:

## JURISDICITON AND VENUE

1.      The Ottawa County Defendants neither admit nor deny the allegations of this paragraph because they are legal conclusions to which no responsive pleading is required.

2.      The Ottawa County Defendants neither admit nor deny the allegations of this paragraph because they are legal conclusions to which no responsive pleading is required.

3.      The Ottawa County Defendants neither admit nor deny the allegations of this paragraph because they are legal conclusions to which no responsive pleading is required.

## PARTIES

4.      The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

5.      The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

6.      The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

7.      The Ottawa County Defendants admit that Ottawa County is a municipal corporation organized under the laws of the state of Michigan.  The Ottawa County Defendants neither admit nor deny the allegations of this paragraph because they are legal conclusions to which no responsive pleading is required.

8.      The Ottawa County Defendants admit that Defendant Brandon Tubergen is a deputized member of the Ottawa County Sheriff's Department.  The Ottawa County Defendants neither admit nor deny the allegations of this paragraph because they are legal conclusions to which no responsive pleading is required.

9.      The Ottawa County Defendants admit that Defendant Chris Dill is a deputized member and sergeant of the Ottawa County Sheriff's Department.  The Ottawa County Defendants neither admit nor deny the allegations of this paragraph because they are legal conclusions to which no responsive pleading is required.

10.      The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

11.      The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

12.      The Ottawa County Defendants admit that Defendant Dennis Luce is a deputized member and sergeant of the Ottawa County Sheriff's Department.  The Ottawa County Defendants neither admit nor deny the allegations of this paragraph because they are legal conclusions to which no responsive pleading is required.

13.      The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

## COMMON FACTUAL ALLEGATIONS

14.      The Ottawa County Defendants reallege and reassert as if fully set forth herein their allegations to paragraphs 1 through 13 of the Complaint as if fully set forth herein.

15.      The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

16.      Admitted.

17.      Admitted.

18.      The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

19.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

20.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

21.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

22.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

23.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

24.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

25.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

26.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

27.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

28.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

29.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

30.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

31.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

32.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

33.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

34.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

35.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

36.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

37.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

38.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

39.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

40.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

41.    The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

42.    The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

43.    The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

44.    The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

45.    The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

46.    The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

47.    The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

48.    The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

49.    The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

50.    The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

51.    The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

52.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

53.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

54.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

55.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

56.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

57.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

58.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

59.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

60.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

61.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

62.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

63.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

64.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

65.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

66.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

67.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

68.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

69.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

70.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

71.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

72.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

73.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

74.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

75.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

76.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

77.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

78.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

79.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

80.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

81.     Denied as factually untrue.

82.     Denied as factually untrue.

83.     Denied as factually untrue.

84.     Denied as factually untrue.

85.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

86.     The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

87.   The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

88.   The Ottawa County Defendants neither admit nor deny due to a lack of information regarding the allegations.

89.   Denied as factually untrue.

90.   Denied as factually untrue.

91.   Denied as factually untrue.

## COUNT I
## FOURTEENTH AMENDMENT VIOLATIONS UNDER 42 U.S.C. § 1983 AS TO (ALL INIVIDUAL) DEFENDANTS

92.   The Ottawa County Defendants reallege and reassert their answers to the allegations in paragraphs 1 through 91 of the Complaint as if fully set forth herein.

93.   The Ottawa County Defendants neither admit nor deny the allegations of this paragraph because they are legal conclusions to which no responsive pleading is due.

94.   Denied as legally and factually untrue.

95.   Denied as legally and factually untrue.

96.   Denied as legally and factually untrue.

97.   Denied as legally and factually untrue.

98.   Denied as legally and factually untrue.

99.   Denied as legally and factually untrue.

100.   Denied as legally and factually untrue.

101.   Denied as legally and factually untrue.

WHEREFORE, the Ottawa County Defendants respectfully request that the Complaint be dismissed with prejudice and without recovery of any relief whatsoever and that they be awarded

such further legal and equitable relief as appropriate, including, but not limited to, costs and attorneys' fees.

## COUNT II
## 42 U.S.C. § 1983 *MONELL* CLAIM (AS TO DEFENDANT OTTAWA COUNTY ONLY)

102.   The Ottawa County Defendants reallege and reassert their answers to the allegations in paragraphs 1 through 101 of the Complaint as if fully set forth herein.

103.   The Ottawa County Defendants neither admit nor deny the allegations of this paragraph because they are legal conclusions to which no responsive pleading is due.

104.   Denied as legally and factually untrue.

105.   Denied as legally and factually untrue.

106.   Denied as legally and factually untrue.

107.   Denied as legally and factually untrue.

108.   Denied as legally and factually untrue.

WHEREFORE, the Ottawa County Defendants respectfully request that the Complaint be dismissed with prejudice and without recovery of any relief whatsoever and that they be awarded such further legal and equitable relief as appropriate, including, but not limited to, costs and attorneys' fees.

## COUNT III
## WRONGFL DEATH AS TO DEFENDANTS TUBERGEN, DILL, LUCE, WALLACE, DEHAAN, AND KELLEY

109.   The Ottawa County Defendants reallege and reassert their answers to the allegations in paragraphs 1 through 108 of the Complaint as if fully set forth herein.

110.   Denied as legally and factually untrue.

111.   Denied as legally and factually untrue.

112.   Denied as legally and factually untrue.

113.   Denied as legally and factually untrue.

114.   Denied as legally and factually untrue.

115.   Denied as legally and factually untrue.

WHEREFORE, the Ottawa County Defendants respectfully request that the Complaint be dismissed with prejudice and without recovery of any relief whatsoever and that they be awarded such further legal and equitable relief as appropriate, including, but not limited to, costs and attorneys' fees.

<u>**COUNT IV**</u>
<u>**CIVIL CONSPIRACY AS TO DEFENDANTS TUBERGEN, DILL, LUCE, WALLACE, DEHAAN, AND KELLEY**</u>

116.   The Ottawa County Defendants reallege and reassert their answers to the allegations in paragraphs 1 through 115 of the Complaint as if fully set forth herein.

117.   Denied as legally and factually untrue.

118.   Denied as legally and factually untrue.

119.   Denied as legally and factually untrue.

120.   Denied as legally and factually untrue.

WHEREFORE, the Ottawa County Defendants respectfully request that the Complaint be dismissed with prejudice and without recovery of any relief whatsoever and that they be awarded such further legal and equitable relief as appropriate, including, but not limited to, costs and attorneys' fees.

SILVER & VAN ESSEN, P.C.
Attorneys for Defendants Ottawa County, Tubergen, Dill, and Luce

Date: November 1, 2018

By: /s/ Douglas W. Van Essen
    Douglas W. Van Essen (P33169)
    Lee T. Silver (P36905)
    Michael L. Gutierrez (P79440)

BUSINESS ADDRESS AND TELEPHONE:
    300 Ottawa Avenue, NW, Suite 620
    Grand Rapids, MI 49503
    (616) 988-5600

## AFFIRMATIVE DEFENSES

The Ottawa County Defendants, by and through their attorneys aforesaid, incorporate by reference their answers to the Complaint as if fully set forth herein and state the following as their affirmative defenses:

1.    Plaintiff has failed to state a claim upon which relief can be granted.

2.    Plaintiff's decedent failed to mitigate her alleged damages.

3.    Plaintiff's claims are barred in whole or in part by Rosemarie Reilly's contributory and/or comparative negligence or intentional acts, including, to but not limited to, the fact that she chose to date Jeremy Kelley, continue living with Jeremy Kelley after they broke up, and did not leave the area when she knew she was in physical danger.

4.    Plaintiff's claims are barred in whole or in part by her own contributory and/or comparative negligence, including, to but not limited to, the fact she failed to remove the decedent from the area when she perceived that Rosemary Reilly was in physical danger

5.    Plaintiff's claims are barred in whole or in part by the doctrine of laches, estoppel, or unclean hands.

6.    Plaintiff has failed to add necessary parties.

7.    Plaintiff's claims are barred by the applicable statute of limitations.

8.    The Ottawa County Defendants are entitled to attorneys' fees pursuant to 42 U.S.C. § 1988.

9.    In addition to the facts above, Plaintiff's claims are barred in whole or in part by the doctrines of governmental, municipal, qualified, good faith, and/or officer immunity.

10.    Some or all of the claims may be barred by the Heck doctrine.

11.    Some or all of the claims may be barred by Plaintiff's failure to follow administrative remedies.

12.    The doctrine of *respondeat superior* has no applicability to the claims and, therefore, the absence of that doctrine may bar some or all of the claims.

13.    The actions of the Ottawa County Defendants did not violate Rosemarie Reilly's constitutional rights, nor were they deliberately indifferent nor occurred with evil intent or reckless disregard.

14.    Some or all of the claims may be barred by collateral estoppel.

15.    The Ottawa County Defendants reserve the right to add additional defenses as they become known through discovery.

WHEREFORE, the Ottawa County Defendants request that this Court deny Plaintiff any relief pursuant to the Complaint, that the Complaint be dismissed with prejudice, and that they be granted such further relief as this Court deems appropriate, including but not limited to, costs and attorneys' fees.

<div style="margin-left:40%">

SILVER & VAN ESSEN, P.C.
Attorneys for Defendants Ottawa County,
Tubergen, Dill, and Luce

</div>

Date: November 1, 2018           By: /s/ Douglas W. Van Essen
                                     Douglas W. Van Essen (P33169)
                                     Lee T. Silver (P36905)
                                     Michael L. Gutierrez (P79440)

<div style="margin-left:40%">

BUSINESS ADDRESS AND TELEPHONE:
300 Ottawa Avenue, NW, Suite 620
Grand Rapids, MI 49503
(616) 988-5600

</div>

14

## **DEMAND FOR JURY TRIAL**

By and through their attorneys, SILVER & VAN ESSEN, P.C., each and every Ottawa

County Defendant hereby demands a trial by jury on all issues in this case that are triable to a jury.

SILVER & VAN ESSEN, P.C.
Attorneys for Defendants Ottawa County,
Tubergen, Dill, and Luce

Date: November 1, 2018                By: /s/ Douglas W. Van Essen
                                       Douglas W. Van Essen (P33169)
                                       Lee T. Silver (P36905)
                                       Michael L. Gutierrez (P79440)

                                       BUSINESS ADDRESS AND TELEPHONE:
                                       300 Ottawa Avenue, NW, Suite 620
                                       Grand Rapids, MI 49503
                                       (616) 988-5600