UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA REILLY, as personal representative
of the Estate of Rosemarie Reilly,

    Plaintiff,

v.

OTTAWA COUNTY, et al.,

    Defendants.
_____/

Case No. 1:18-cv-1149

HON. JANET T. NEFF

**ORDER TO STRIKE**

On November 1, 2018, Defendants Ottawa County, Brandon Tubergen, Chris Dill and Dennis Luce filed their Answer to the complaint with affirmative defenses and jury demand (ECF No. 5). Upon review of the Answer, the Court finds that Defendants Ottawa County, Brandon Tubergen, Chris Dill and Dennis Luce failed to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under FED. R. CIV. P. 8(B) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response. For this reason, the Answer is stricken. Therefore,

**IT IS HEREBY ORDERED** that the Answer to the complaint with affirmative defenses and jury demand (ECF No. 5) is STRICKEN. Defendants Ottawa County, Brandon Tubergen, Chris Dill and Dennis Luce shall file a corrected answer, complying with the court rules, <u>no later than seven (7) days from the date of this Order</u>.

Dated: November 2, 2018

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge